# United States Court of Appeals
## For the Eighth Circuit
_____

No. 20-1671
_____

Corey E. Fisherman

*Plaintiff - Appellant*

v.

Jared McGriff, also known as Jered McGreiff; Bradley Dupre, M.D.; Kristin
Jacobs; Vicki Dean-Gramlich; Jack Serier

*Defendants - Appellees*

Kristin, RN Pro M-H

*Defendant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: December 21, 2020
Filed: December 28, 2020
[Unpublished]
_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Corey Fisherman appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we find no basis for reversal. *See Odom v. Kaizer*, 864 F.3d 920, 921 (8th Cir. 2017) (grant of summary judgment is reviewed de novo); *Carter v. Arkansas*, 392 F.3d 965, 968 (8th Cir. 2004) (dismissal for failure to state a claim is reviewed de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the Report and Recommendation of the Honorable Elizabeth Cowan Wright, United States Magistrate Judge for the District of Minnesota.